■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR RODRIGUEZ, Also Known as JOHN DOE, Appellant. [3 NYS3d 591]—

Judgment, Supreme Court, New York County (A. Kirke Bartley, Jr., J.), rendered May 2, 2012, convicting defendant, after a nonjury trial, of robbery in the third degree (two counts) and criminal possession of stolen property in the fifth degree, and sentencing him, as a second felony offender, to an aggregate term of 2½ to 5 years, unanimously affirmed.

The verdict was supported by legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. The evidence supports the conclusion that when defendant used force against store employees, his intent was, at least in part, to overcome

resistance to his retention of stolen merchandise (*see generally* *People v Gordon*, 23 NY3d 643, 649-651 [2014]).

We perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Friedman, Sweeny, Gische and Kapnick, JJ.